THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANKIE BLEDSAW**                                                                                   **PLAINTIFF**

v.                                    **Case No. 4:23-cv-00358-KGB**

**MCGEORGE CONTRACTING CO.**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Frankie Bledsaw's complaint is dismissed with prejudice (Dkt. No. 1). The relief requested is denied.

It is so adjudged this 30th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge